IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GAYLON D. GARRETT                                               PLAINTIFF

v.                          No. 4:16-cv-150-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                   DEFENDANT

JUDGMENT

The Court affirms the Commissioner's decision. Garrett's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 July 2017